UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:                                                                                      Bankr. Case No. 11-64077-JB-7

GLORIA Y. SLATER                                                                                          Chapter 7
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096


        AmeriCredit Financial Services, Inc.

        By /s/ James Hogan, Jr._____

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 13, 2011 :

TIFFANY S STEWART  
1755 THE EXCHANGE SE  
ATLANTA, GA  30339

BARBARA B STALZER  
60 LENOX POINTE NE  
ATLANTA, GA  30324

By /s/ James Hogan, Jr._____  
James Hogan, Jr.

xxxxx52178 / 606267